UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PHILIP RIPTON )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAMP DRESSER & MCKEE, INC. )<br>and CAMP DRESSER & MCKEE )<br>BUILDERS, INC. f/k/a CDM )<br>CONSTRUCTORS, INC. )<br>)<br>    Defendants. ) | CASE NO. 1:07-cv-20 |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

NOW COMES the Plaintiff, by and through undersigned counsel, and requests leave to file an amended complaint for the following reasons:

1. Based upon Defendants' representations, Camp Dresser & McKee Builders, Inc. never employed Plaintiff. Instead, according to Defendants, CDM Constructors, Inc. employed Plaintiff.

2. CDM Constructors, Inc. was and is a wholly owned subsidiary of Camp Dresser & McKee, Inc. Plaintiff alleges that both entities were his employers for purposes of this action.

3. Therefore, Plaintiff requests leave to amend his complaint to include CDM Constructors, Inc. as a Defendant and to dismiss his claims against Camp Dresser & McKee Builders, Inc.

4. A copy of the proposed First Amended Complaint is attached hereto.

1

                                                                Respectfully submitted,

Date:  May 4, 2007                         */s/ Peter L. Thompson*
                                                       Peter L. Thompson
                                                       Attorney for Plaintiff

                                                       Peter Thompson & Associates
                                                     92 Exchange Street, 2d Floor
                                                     Portland, Maine 04101
                                                     (207) 874-0909

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing document upon all counsel of record through this Court's electronic filing system on the date below.

Date:  May 4, 2007                                                       */s/Peter L. Thompson*