UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| PHILIP RIPTON | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:07-CV-20 |
| | ) | |
| CAMP DRESSER & MCKEE, INC., et al., | ) | |

ORDER OF DISMISSAL

This action having been reported settled by counsel on September 26, 2007, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

                                                    LINDA L. JACOBSON
                                                    CLERK


                                                    BY: /s/Julie G. Walentine
                                                         Deputy Clerk

Dated this 29th day of October, 2007.