UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PHILIP RIPTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-20 |
| | ) | |
| CAMP DRESSER & MCKEE, INC. | ) | |
| and CAMP DRESSER & MCKEE | ) | |
| BUILDERS, INC. f/k/a CDM | ) | |
| CONSTRUCTORS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

NOW COME the parties to the above-captioned action, by and through counsel, pursuant to the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs to any party.

Dated at Portland, Maine this 29th day of October 2007.

                                                    Respectfully submitted,

                                                    */s/ Peter L. Thompson*
                                                    Peter L. Thompson
                                                    Attorney for Plaintiff

                                                    Peter Thompson & Associates
                                                    92 Exchange Street, 2nd Floor
                                                    Portland, ME 04101

Dated at Portland, Maine this 29th day of October 2007.

                                                    */s/ Christopher T. Vrountas*
                                                    Christopher T. Vrountas
                                                    Attorney for Defendant

                                                    Nelson, Kinder, Mosseau & Saturley
                                                    99 Middle Street
                                                    Manchester, NH 03101